# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JAMIE PHILLIP PERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 4:25-CV-01613 SPM |
| | ) |
| SSM HEALTH, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented Plaintiff Jamie Perry's document titled "Office of the Clerk Civil Action Lawsuit" received by this Court on October 29, 2025, [ECF No. 1], which the Court construes as a civil rights Complaint under 42 U.S.C. § 1983. The Complaint is defective because it has not been drafted on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Additionally, Plaintiff has neither paid the $405 filing fee nor filed an Application to Proceed in the District Court without Prepaying Fees or Costs. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff (1) a copy of the Court's Prisoner Civil Rights Complaint form and (2) a copy of the Application to Proceed in the District Court without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit the Application to Proceed in the District Court without Prepaying Fees or Costs within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff chooses to submit an Application to Proceed in the District Court without Prepaying Fees or Costs, he must also submit a copy of his certified account statement for the six-month period immediately preceding the filing of the Complaint.

**IT IS FURTHER ORDERED** that Plaintiff must file an Amended Complaint on the Court-provided form within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to Plaintiff.

Dated this 12th day of November, 2025.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE